MARK HEINONEN *v.* JAMES M.
MANDRACCHIA ET AL.
(AC 30858)

Flynn, C. J., and Gruendel and West, Js.*

Argued February 17—officially released May 4, 2010

---

* The listing of judges reflects their seniority status on this court as of the date of oral argument.

*Mark Heinonen,* pro se, the appellant (plaintiff).

*J. Kevin Golger,* for the appellees (defendants).

*Opinion*

PER CURIAM. In this negligence action, the plaintiff, Mark Heinonen, appeals from the judgment, rendered after a jury trial, in favor of the defendants, James M. Mandracchia and Cheryl Mandracchia. After a thorough review of the record, transcripts, briefs and oral argument, and affording those claims that properly are before this court careful consideration, we conclude that the plaintiff's claims are without merit.

The judgment is affirmed.